IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01370-LTB-KLM

TROY WALKER, an individual,

    Plaintiff,

v.

INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,
ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation, and
AIA HOLDINGS, INC., a Delaware corporation doing business as AIA Surety,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Unopposed Motion to Amend the Scheduling Order** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.  The Scheduling Order [#24] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **January 5, 2015**
- Rebuttal Expert Disclosure Deadline — **January 26, 2015**
- Discovery Deadline — **February 25, 2015**
- Dispositive Motions Deadline — **March 31, 2015**

Dated:  September 15, 2014