IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01370-LTB-KLM

TROY WALKER, an individual,

      Plaintiff,

v.

INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,
ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation, and
AIA HOLDINGS, INC., a Delaware corporation doing business as AIA Surety,

      Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of Stipulated Protective Order** [#31] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#31-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: September 15, 2014