IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01370-LTB-KLM

TROY WALKER, an individual,

    Plaintiff,

v.

INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,
ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation, and
AIA HOLDINGS, INC., a Delaware corporation doing business as AIA Surety,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Unopposed Motion to Amend the Scheduling Order** [#38] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**.  The Scheduling Order [#24] is amended to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **March 2, 2015** |
| • Rebuttal Expert Disclosure Deadline | **March 23, 2015** |
| • Discovery Deadline | **April 22, 2015** |
| • Dispositive Motions Deadline | **May 26, 2015** |

Given that the Trial Preparation Conference is set for August 14, 2015, and that a 15-day Jury Trial is set to commence on September 14, 2015, **no additional extensions of the dispositive motions deadline will be permitted absent exceptional cause.**

    Dated:  December 8, 2014