IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 13-cv-01370-LTB-KLM

TROY WALKER,

    Plaintiff,

v.

INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation;
ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation; and
AIA HOLDINGS, INC., d/b/a AIA SURETY, a Delaware corporation,

    Defendants.

**ORDER**

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 41 - filed January 15, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                        BY THE COURT:

                                                        s/Lewis T. Babcock
                                                        Lewis T. Babcock, Judge

DATED:  January 16, 2015